LAURA J. BROWN (PA Bar # 208171)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
laura.j.s.brown@usdoj.gov

*Counsel for Third Party Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE, <br><br> Plaintiff, <br><br> v. <br><br> MIDAS GOLD CORP., MIDAS GOLD IDAHO, INC., IDAHO GOLD RESOURCES COMPANY, LLC, and STIBNITE GOLD COMPANY, <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF AGRICULTURE; THE UNITED STATES FOREST SERVICE; SONNY PERDUE in his official capacity as U.S. Secretary of Agriculture; and VICKI CHRISTIANSEN in her official capacity as the Chief of the United States Forest Service. <br><br> Third Party Defendants. | **Civil No. 1:19-cv-00307-BLW** <br><br> **[PROPOSED] ORDER** |

## [PROPOSED] ORDER

AND NOW, on this _____ day of _____, it is hereby ORDERED that

the consent motion of the United States of America, the U.S. Department of Agriculture, the

United States Forest Service, Mr. Sonny Perdue, in his official capacity as U.S. Secretary of

1

Agriculture, and Ms. Vicki Christiansen, in her official capacity as the Chief of the United States

Forest Service (collectively "Third Party Defendants") to extend their deadline to respond to the

Third Party Complaint is GRANTED; and it is further

      ORDERED that Third Party Defendants shall have until November 23, 2020 to respond

to the Third Party Complaint.

 

_____

United States District Judge.