LAURA J. BROWN (PA Bar # 208171)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
laura.j.s.brown@usdoj.gov

*Counsel for Third Party Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDAS GOLD CORP., MIDAS GOLD IDAHO, INC., IDAHO GOLD RESOURCES COMPANY, LLC, and STIBNITE GOLD COMPANY,<br><br>    Defendants/Third Party Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF AGRICULTURE; THE UNITED STATES FOREST SERVICE; SONNY PERDUE in his official capacity as U.S. Secretary of Agriculture; and VICKI CHRISTIANSEN in her official capacity as the Chief of the United States Forest Service.<br><br>    Third Party Defendants. | **Civil No. 1:19-cv-00307-BLW**<br><br>**[PROPOSED] ORDER** |

# **ORDER**

AND NOW, on this ____ day of _____ 202__, upon good cause shown, it is hereby ORDERED that the Third Party Defendants' Motion to Strike the Third Party Complaint, or in the alternative, Dismiss For Lack of Subject Matter Jurisdiction is GRANTED; and it is

1

2

further ORDERED that the Third Party Complaint shall be stricken [OR] dismissed with prejudice.

_____
United States District Judge