Christopher H. Meyer [ISB No. 4461]
Preston N. Carter [ISB No. 8462]
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
Fax: (208) 388-1300
chrismeyer@givenspursley.com
prestoncarter@givenspursley.com

Ronald J. Tenpas (*admitted pro hac vice*)
Margaret Peloso (*admitted pro hac vice*)
Corinne V. Snow (*admitted pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Office: (202) 639-6791
Fax: (202) 330-5328
rtenpas@velaw.com
mpeloso@velaw.com
csnow@velaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>        Plaintiff,<br><br>MIDAS GOLD CORP., MIDAS GOLD IDAHO, INC., IDAHO GOLD RESOURCES COMPANY, LLC, and STIBNITE GOLD COMPANY,<br><br>        Defendants. | Case No. 1:19-cv-00307-BLW<br><br>**JOINT STATUS REPORT AND REQUEST TO EXTEND STAY** |

Pursuant to the Court's Order Granting Joint Motion to Stay Proceedings (ECF No. 68) ("Order Granting Stay"), Plaintiff and Defendants file this Joint Status Report and Request to Extend Stay.

**Status Report**

As previously noted, the Parties have agreed to Alternative Dispute Resolution ("ADR") in the form of private mediation with Professor Barbara Cosens, JD, LLM, serving as a mediator.

The Parties have conducted one-on-one and joint mediation sessions with Professor Cosens during April and May, 2021. As a result of those sessions, the Parties are scheduling additional mediation sessions as they continue to explore resolution by settlement of this matter.

**Request to Extend Stay**

The Parties agree that additional time to pursue mediation without having to simultaneously pursue litigation will aid in exploring possible settlement of this lawsuit. The current stay is set to expire on June 1, 2021. To allow time to continue to pursue mediation, the Parties respectfully request that the Court extend the Stay for an additional sixty (60) days through August 2, 2021, on the terms set forth in the Order Granting Stay.[1] A proposed order granting the additional stay is submitted herewith.

Dated: May 26, 2021

/s/ Preston N. Carter

| | |
|---|---|
| Ronald J. Tenpas (*admitted pro hac vice*)<br>Margaret Peloso (*admitted pro hac vice*)<br>Corinne V. Snow (*admitted pro hac vice*)<br>VINSON & ELKINS LLP | Christopher H. Meyer [ISB No. 4461]<br>Preston N. Carter [ISB No. 8462]<br>GIVENS PURSLEY LLP |

*Attorneys for Defendants*

---

[1] Paragraph 3 of the Order Granting Stay, under which the Parties were to work in good faith to agree upon an ADR framework, has been completed and is therefore no longer applicable.

Dated: May 26, 2021

ADVOCATES FOR THE WEST

*/s/ Laird J. Lucas*
Laird J. Lucas
Bryan Hurlbutt
Advocates for the West

*Attorneys for Plaintiff*


NEZ PERCE TRIBE OFFICE OF LEGAL
COUNSEL

*/s/ Michael Lopez*
Michael Lopez

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on May 26, 2021, I filed the foregoing document electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic filing:

Laurence J. Lucas
Bryan Hurlbutt
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
llucas@advocateswest.org
bhurlbutt@advocateswest.org

Michael Lopez
NEZ PERCE TRIBE
P.O. Box 305
Lapwai, ID 83540
mlopez@nezperce.org

*Counsel for Plaintiff*

/s/ Preston N. Carter
Preston N. Carter