UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>　　　Plaintiff,<br><br>MIDAS GOLD CORP., MIDAS GOLD IDAHO, INC., IDAHO GOLD RESOURCES COMPANY, LLC, and STIBNITE GOLD COMPANY,<br><br>　　　Defendants. | Case No. 1:19-cv-00307-BLW<br><br>ORDER GRANTING JOINT REQUEST TO EXTEND STAY |

　　　This matter having come before the Court on the parties' Joint Status Report and Request to Extend Stay (Dkt. 70), and good cause appearing therefore;

　　　**IT IS ORDERED**:

　　　1.　　The Joint Request to Extend Stay is hereby APPROVED.

　　　2.　　All deadlines in this case shall be stayed, effective immediately, until August 2, 2021, unless the stay is otherwise lifted as provided below.

　　　3.　　On or before expiration of the stay period, the parties will file with the Court a status report regarding the status of the ADR process, including whether a further stay may be warranted.

　　　4.　　If the ADR process does not result in a resolution of the case, Defendants intend to file a dispositive motion within fourteen days following the expiration of the stay period. If the Court's ruling on the dispositive motion does

not resolve this case, the parties will work together in good faith to seek to agree upon a revised Scheduling Order to account for the period of the litigation stay and other factors, including sufficient time for field work before expert disclosures become due.

5. During the stay period, the parties agree that neither party will seek discovery, file motions, or seek other relief from the Court, except that any party may file (a) a motion seeking any relief needed to enforce the terms of the stay, or (b) a motion to lift the stay for good cause shown.

6. Upon expiration of the stay, both parties reserve the right to pursue any arguments in support of their respective positions in the litigation.

DATED: May 26, 2021

_____
B. Lynn Winmill
U.S. District Court Judge