Christopher H. Meyer [ISB No. 4461]
Preston N. Carter [ISB No. 8462]
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
Fax: (208) 388-1300
chrismeyer@givenspursley.com
prestoncarter@givenspursley.com

Ronald J. Tenpas (*admitted pro hac vice*)
Corinne Snow (*admitted pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Office: (202) 639-6778
Fax: (202) 330-5328
rtenpas@velaw.com
csnow@velaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>      Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., *et al.*<br><br>      Defendants. | Case No. 1:19-cv-00307-BLW<br><br>**JOINT STATUS REPORT RE: TIMING OF FILING SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

The Court's Docket Entry Order of June 20, 2023 (ECF No. 94) extended the litigation stay in this case until September 29, 2023 and ordered the Parties to file a Settlement Agreement and Stipulation of Dismissal by July 24, 2023.

The Parties have worked diligently to finalize a Settlement Agreement and Stipulation of Dismissal. Meetings of the decision-making entities for the Tribe and Defendants have been

scheduled for early August for final consideration of the Settlement Agreement. The Parties anticipate filing a final, approved Settlement Agreement and Stipulation of Dismissal on or before August 11, 2023.

The Parties believe this proposed schedule still provides sufficient time for review of the Settlement Agreement by the U.S. Environmental Protection Agency and the Attorney General of the United States, as well as consideration by the Court, before expiration of the stay on September 29.

To the extent revision or clarification of the June 20, 2023 docket entry is required to allow for filing of the Settlement Agreement and Stipulation on or before August 11, the Parties respectfully request that the docket entry be revised or clarified to this effect.

Dated: July 24, 2023                                         Respectfully Submitted,

ADVOCATES FOR THE WEST

*/s/ Laird J. Lucas*
Laird J. Lucas
Bryan Hurlbutt
Advocates for the West

NEZ PERCE TRIBE OFFICE OF LEGAL COUNSEL

*/s/ Michael Lopez*
Michael Lopez
*Attorneys for Plaintiff*


*/s/ Preston N. Carter*

Ronald J. Tenpas (*admitted pro hac vice*)   Christopher H. Meyer [ISB No. 4461]
Corinne V. Snow (*admitted pro hac vice*)    Preston N. Carter [ISB No. 8462]
VINSON & ELKINS LLP                          GIVENS PURSLEY LLP

*Attorneys for Defendants*

JOINT STATUS REPORT                                                                             2