UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERPETUA RESOURCES CORP., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00307-BLW<br><br>**JUDGMENT** |

In accordance with the Order on the Stipulation of dismissal filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.

DATED: October 2, 2023

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1